DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY BOX** a/k/a **ANTHONY D. BOX,**
Appellant,

v.

**WELLS FARGO BANK NA AS TRUSTEE ON BEHALF OF THE
HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II,
INC., BEAR STEARNS MORTGAGE FUNDING TRUST 2007-AR3
MORTGAGE PASS THROUGH CERTIFICATES SERIES 2007-AR3,**
Appellee.

No. 4D21-3278

[November 9, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Senior Judge; L.T. Case No. CACE18-025145.

James Jean-Francois of James Jean-Francois, P.A., Hollywood, for appellant.

William L. Grimsley of McGlinchey Stafford, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***